# Donald H. Vogelman
ATTORNEY AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY  10016
212-889-5860

FAX:  212-448-0066
EMAIL: DVOGLAW@AOL.COM

OF COUNSEL:
ARTHUR S. FRIEDMAN
ERIC H. GREEN

February 21, 2020

**Application Granted.**

Via  ECF

Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

So Ordered.

P. Kevin Castel
United States District Judge
2/24/2020

Re: United States of America v. Anabel Colon Reyes
19  Cr. 536 (PKC)

Dear Judge Castel:

   I am the attorney for Anabel Colon Reyes regarding the above referenced case . The defendant is  released on bond and living in Puerto Rico.  A copy of the bond is attached.

   The defense is requesting that the Court modify the defendant's bond conditions. She is presently residing at her mother, Nilda Isabel Reyes 's residence which is located at Sinsonte St. 901 Urb Country Club, San Juan PR 00924 .  She is requesting that she be allowed to reside with her significant other, Amy Gonzlez who resides  at Calle via 44 QS2  Villa Fontana, Carolina, Puerto Rico  00983.

In addition, my client requests to travel for employment reasons for 4 days. to Calle 14 03 Urb. El Madrigal, in  Ponce, PR.  She will be leaving on approximately  March 2, 2020.

 Both the defendant's Pre Trial Officer Alejandra Battle and AUSA Juliana Murray consent to this request.

Respectfully yours,

Donald H. Vogelman

cc:  AUSA Juliana Murray and Ryan Finkel (by ECF)
     Alejandra Batlle (via e mail)