# Donald H. Vogelman
ATTORNEY AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY  10016
212-889-5860

FAX :  212-448-0066
EMAIL: DVOGLAW@AOL.COM

OF COUNSEL:
ARTHUR S.FRIEDMAN
ERIC H. GREEN

By  ECF

May 7, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

SO ORDERED.
May 13, 2020

*/signature/*
P. Kevin Castel
United States District Judge

Re: United States v. Anabel Colon Reyes
Case  No. : 19 Cr 536  (PKC)

Dear Judge Castel:

   I am the attorney for Anabel Colon Reyes  regarding the above referenced matter. The case is next scheduled for conference on July 31, 2020.  The defendant is released on  bond and living in Puerto Rico.

   [The defense is requesting that the Court modify the bond to change the address where she will be residing.]  The lease on the apartment where she lives with Amy Gonzalez  will be terminating shortly.  They have found a new place to live. She requests to move to  ( Address redacted ) in Puerto Rico.

   Both the defendant's Pre Trial Officer Alejandra Batlle and AUSA Juliana Murray consent to this request.  Both PO Batlle and AUSA Murray have been informed of the address where the defendant will be residing.

Respectfully yours,

/s/

Donald H. Vogelman

cc:  AUSA   Juliana Murray    (Via ECF)

     PO     Alejandra  Batlle    (Via E mail)

.

Case 1:19-cr-00536-PKC Document 56 Filed 05/03/20 Page 2 of 2