UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             19 CR 536 (PKC)

           -against-                                       ORDER

ANABEL COLON REYES,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Sentencing scheduled for April 18, 2024 is adjourned to May 8, 2024 at 2:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                                     P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       March 22, 2024